UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>14.2 ACRES OF LAND, et al.,<br><br>　　　　Defendant. | No. CV-04-3024-FVS<br><br>ORDER GRANTING MOTION FOR JUDGMENT ON STIPULATION |

　　　The above-entitled matter came on regularly for hearing this day upon the stipulation of the parties for the entry of judgment determining the just compensation to be paid for the acquisition by the plaintiff of the lands and premises designated in the Declaration of Taking filed on February 27, 2004, said lands and interests described in the Amended Schedule B attached to the Stipulation For Judgment.  The stipulating defendants have appeared and submitted to the jurisdiction of the Court, have waived service of notice of hearing on this stipulation, have waived trial by jury, and have agreed that the sum of One Hundred Fifty Thousand Dollars ($150,000.00) constitutes full and just compensation for the acquisition of the lands designated in the Amended Schedule B of the Declaration of Taking, including all damages arising therefrom.  The stipulating defendants further agree that this sum should be subject to all liens, encumbrances and charges of whatsoever nature existing

ORDER GRANTING MOTION FOR JUDGMENT ON STIPULATION - 1

against the property at the time of acquisition, and that any and all awards of compensation ascertained and awarded in this proceeding and established by judgment herein in favor of any parties now or subsequently named as defendants herein should be payable and deductible therefrom.  The stipulating defendants have consented to the entry of all orders, judgments, and decrees necessary and appropriate to effectuate the stipulation.  The Court having considered the pleadings on file, including the stipulation and the proof in connection therewith, having found the sum below stated to be the fair market value of the acquisition of the interests in said lands and having full and complete jurisdiction of the parties and the subject matter, and being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. The plaintiff, the United States of America, had the right under the authorities set forth in the Complaint in Condemnation and the Declaration of Taking on file in this cause to condemn for public use the interests upon the lands which are the subject matter of this action, which lands and interests are described and set forth in the Amended Schedule B attached to the Stipulation for Judgment.

2. At the time of the institution of this action and the filing of the Declaration of Taking herein, no person, firm or private or municipal corporation had or claimed any right, title or interest whatsoever in or to said property, and there existed against the same no liens, encumbrances, taxes, assessments, claims, rights or charges of whatsoever nature, except as follows:

| NAME | INTEREST |
|---|---|
| Larry L. Charlton<br>8191 Wilson Creek Road<br>Ellensburg, WA 98926 | Owner |
| Marilyn Charlton<br>8191 Wilson Creek Road<br>Ellensburg, WA 98926 | Owner |
| Hutchinson Properties, LLC<br>c/o James O. Hutchinson, Registered Agent<br>101 Table Mountain Drive<br>Ellensburg, WA 98926 | Possible Interest |
| Kittitas Reclamation District<br>315 N. Water St.<br>Ellensburg, WA 98926 | Possible Interest |

    \* Kittitas Reclamation District executed
      and filed a Disclaimer of Interest on
      April 21, 2004.

| | |
|---|---|
| Kittitas County, Washington<br>c/o David B. Bowen, County Auditor<br>205 West 5th Avenue, Suite 105<br>Ellensburg, WA 98926 | Possible Interest |

    \* Kittitas County executed and filed a
      Disclaimer of Interest on May 3, 2004.

    3.    The sum of One Hundred Fifty Thousand Dollars ($150,000.00), inclusive of interest, is the fair market value and the full amount of just compensation to be paid for the acquisition by the United States of America of the lands and interests therein designated in Amended Schedule B, including all damages of whatsoever nature arising from said acquisition, and said sum shall constitute full settlement of all claims against the United States of America including for fees or expenses by reason of the institution and prosecution of this action and the final award of just compensation for such acquisition.

    4.    The sum of Twenty Nine Thousand One Hundred Dollars

ORDER GRANTING MOTION FOR JUDGMENT ON STIPULATION - 3

($29,100.00) was deposited by the United States of America into the registry of Court as estimated compensation on February 27, 2004. Said amount was paid to Greg McElroy, as attorney for the parties on or about July 30, 2004, pursuant to Court Order.

5. An additional judgment is entered against the United States of America and in favor of the stipulating defendants in the sum of One Hundred Twenty Thousand Nine Hundred Dollars ($120,900.00). This sum shall be paid out as follows:

TO:

    Larry Charlton, Marilyn Charlton and Hutchinson Properties, LLC
    c/o Gregory S. McElroy
    McElroy Law Firm, PLLC
    Two Union Square
    601 Union Street, Suite 3700
    Seattle, WA 98101

A Satisfaction of Judgment shall be filed once full payment has been received.

6. The above-named stipulating defendants are the only persons or parties having any interest in the compensation to be paid by the United States of America for the acquisition of the lands and interests therein set forth in Amended Schedule B of the Stipulation For Judgment.

7. The interests in the lands as set forth and described in Schedule B and Amended Schedule B vested in the United States of America on February 27, 2004, free and clear of all charges, liens, encumbrances, taxes, claims and interests of any kind or character, whatsoever.

8. Plaintiff's Motion for Judgment on Stipulation, **Ct. Rec. 31**, is **GRANTED.**

1  //
2  **IT IS SO ORDERED.** The District Court Executive is hereby
3  directed to enter this Order and furnish copies to counsel.
4  **DATED** this 2nd day of December, 2005.

                          s/ Fred Van Sickle
                            Fred Van Sickle
                       United States District Judge

ORDER GRANTING MOTION FOR JUDGMENT ON STIPULATION - 5